**ESSENTIAL SERVICES GROUP**
1375 Broadway, Suite 600
New York, NY 10018
Tel. # (212) 760-2300

**AFFIDAVIT OF SERVICE**

UNITED STATES DISTRICT COURT
SOUTRHERN DISTRICT OF NEW YORK

ONTEL PRODUCTS CORPORATION

VS.   INDEX# 15 cv 1824

BEAN PRODUCTS, INC., ET AL.

State of __IL__, County of __COOK__ SS:

I, __Paul Marik__ (name of server) being duly sworn deposes and says that deponent is over the age of eighteen years: Is not a party to this action and whose address is __1 S. Wacker, 24th Fl., Chicago, IL 60606__ (server's address).

That on the __19th__ day of __March__, 20__15__ at __2:15 P.M.__ (time of service)

Deponent served the annexed **SUMMONS IN A CIVIL ACTION; COMPLAINT WITH EXHIBITS**

at: __1500 S. Western Ave., Suite 4BN, Chicago, IL 60608__
upon **BEAN PRODUCTS, INC.** by delivering thereat a true copy to:

( ) officer:_____ as
_____(position)

( ) authorized agent_____ as
_____(position)

( ) corporate counsel_____ as
_____(position)

(X) other __Carlos Gomez__ as

300 /3-48
94185

_Manager Customer Service_ (position); a person of suitable age and discretion who was willing and authorized to accept on behalf of **BEAN PRODUCTS, INC.**.

The said premises is the location where the servee accepts service of process.

Deponent describes the individual who accepted service as follows:

age: _30_ sex: _M_ skin color: _Hispanic_ approx. height: _5'9"_

approx. weight: _170_ lbs., hair color: _Black_

I DECLARE UNDER PENALTY OF PERJURY THAT THIS INFORMATION IS TRUE.

_____
SERVER

PS 3.15 -48.
SWORN TO BEFORE ME THIS
_23_ DAY OF _MARCH, 2015_

OFFICIAL SEAL
ROBERT G. RUSCH
NOTARY PUBLIC, STATE OF ILLINOIS
My Commission Expires 03/01/2018