ESSENTIAL SERVCES GROUP
1375 Broadway, suite 600
New York, New York 10018
Telephone#212-760-2300

UNITED STATES DISTRICT COURT
SOUTRHERN DISTRICT OF NEW YORK

ONTEL PRODUCTS CORPORATION

VS.  INDEX#15 cv 1824

BEAN PRODUCTS, INC., ET AL.

State of __IL__, County of __COOK__ SS:

I, __Paul Marik__ (name of server) being duly sworn deposes and says that deponent is over the age of eighteen years: Is not a party to this action and whose address is

__7 S. Walker, 24th Fl, Chicago, IL 60606__ (server's address).

That on the __19th__ day of __March__, 20__15__

at __2:13 P__.M. (time of service)
Deponent served the annexed:
SUMMONS IN A CIVIL ACTION;
COMPLAINT WITH EXHIBITS
at: __1500 S Western Ave, Suite 4BN, Chicago, IL 60608__
upon CHARLES BLUMENTHAL by:
//delivering thereat a true copy to:

__Carlos Gomez__ (name of accepter), personally.

[Notary stamp: ROBERT G RUSCH, NOTARY PUBLIC, STATE OF ILLINOIS]

**NON-MILITARY INVESTIGATIONS:**
( ) Deponent asked the person spoken to whether CHARLES BLUMENTHAL was in the military service of the u.s.. government or in the military service of any nations allied with the United Statesand was told that CHARLES BLUMENTHAL was not.

94187

ATTEMPT1..............................................

ATTEMPT2..............................................

**MAILING**

In addition a mailing, by first classd USPS regular mail, with no indication on the envelop that the mailing was regarding a legal matter and clearly marked "personal & confidential", was made to CHARLES BLUMENTHAL

at:: _____

on: _____.

Deponent describes the individual who accepted serviceas follows:

approx. age: 30   sex: M   skin color: Hispanic   approx. height: 5'01"

approx. weight: 170 lbs., hair color Black

I DECLARE UNDER PENALTY OF PERJURY THAT THIS INFORMATION IS TRUE.

_____
SERVER

300PS 3.15 -49
SWORN TO BEFORE ME THIS
23rd DAY OF MARCH, 2015

OFFICIAL SEAL
ROBERT G. RUSCH
NOTARY PUBLIC, STATE OF ILLINOIS
My Commission Expires 03/01/2018

94187